UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANHT REATREY KEO,<br><br>Plaintiff,<br><br>v.<br><br>MARIN COUNTY, et al.,<br><br>Defendants. | Case No. 22-cv-05317-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *Federal Home Loan Mortgage Company v. Keo, et al.*, Case No. 19-cv-02099-RS.

**IT IS SO ORDERED**.

Dated: September 20, 2022

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge