UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHANHT REATREY KEO,<br>          Plaintiff,<br>v.<br>MARIN COUNTY, et al.,<br>          Defendants. | Case No. 22-cv-05317-TLT<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY DEFENDANT'S MOTION TO DISMISS SHOULD NOT BE GRANTED**<br><br>Re: Dkt. No. 12 |
|---|---|

On October 7, 2022, Defendant, City of San Rafael, filed a Motion to Dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and for failure to state a claim against Defendant upon which relief can be granted. *See* ECF 12. Plaintiff's response or opposition to the motion was due by October 21, 2022. Plaintiff did not file a response or opposition by the deadline.

Given Plaintiff's failure to oppose the motion by the deadline, Plaintiff is hereby **ORDERED** to show cause why Defendant's motion should not be granted. Plaintiff shall file a statement of no more than two pages by November 4, 2022. If Plaintiff wishes to oppose the motion, Plaintiff must also file his opposition by that date. If Plaintiff files an opposition to which Defendant wishes to reply, Defendant may file any reply by November 18, 2022.

Accordingly, the November 15, 2022, motion hearing is hereby vacated and will be reset by the Court if necessary.

**IT IS SO ORDERED.**

Dated: October 24, 2022

                                                      TRINA L. THOMPSON<br>
                                                      United States District Judge