UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANHT REATREY KEO,<br><br>    Plaintiff,<br><br>v.<br><br>MELISSA ROBBINS COUTTS, et al.,<br><br>    Defendants. | Case No. 22-cv-05317-TLT<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

Plaintiff Chanht Reatrey Keo, proceeding *pro se*, failed to appear at the initial case management conference on April 20, 2023. Counsel for Defendants the City of San Rafael, Melissa Robbins Coutts, and Federal Home Loan Mortgage Corporation appeared at that proceeding in compliance with the Court's orders.

Accordingly, the Court **ORDERS** Plaintiff to show cause why the Court should not dismiss Plaintiff's case for failure to prosecute and why Plaintiff did not notify the Court and the opposing parties of her anticipated non-appearance. By **April 27, 2023**, Plaintiff shall file a declaration under penalty of perjury explaining her non-appearance.

**IT IS SO ORDERED.**

Dated: April 20, 2023

TRINA L. THOMPSON
United States District Judge